UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MD JS-6

| | |
|---|---|
| MARGARET EPPS, ET AL<br>    Plaintiffs<br><br>V.<br><br>ADVANCED SPINE FIXATION<br>SYSTEMS, INC., ET AL<br>    Defendants | CIVIL ACTION NO. CV 95-8907 JSL<br>[Assigned to the Hon. J. Spencer Letts, for all purposes]<br><br>ORDER OF DISMISSAL |

Considering the foregoing Joint Stipulation of Dismissal to dismiss all claims in this action asserted by Margaret Epps and George Epps,

IT IS HEREBY ORDERED that all claims in this action, including the claims of Plaintiffs, Margaret Epps and George Epps, are dismissed against all Defendants, including Advanced Spine Fixation Systems, Inc., with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1).

DATED: 4/29/09

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE